UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE HUNTER,<br><br>    Plaintiff,<br><br>    v.<br><br>ATRIA MANAGEMENT COMPANY LLC, et al.,<br><br>    Defendants. | No. 2:18-cv-01728-TLN-AC<br><br><br><br>ORDER |

This matter is before the court on plaintiff's request to continue the hearing on defendants' motion to compel (ECF No. 8). ECF No. 10. This discovery motion was referred to the magistrate judge pursuant to E.D. Cal. R. 302(c)(1). Defendants oppose a continuance. ECF No. 11. For the reasons stated below, the court GRANTS plaintiff's request.

Defense counsel stated good cause for a continuance because he is unable to attend the scheduled court date due to depositions in another case which, despite best efforts, were not able to be moved. ECF No. 10 at 2. Further, as plaintiff's counsel correctly notes, defendants did not check with the court prior to selecting a hearing date and thus noticed the motion for an unavailable court date, which resulted in the court having to re-set the hearing for a date close to the discovery deadline in this case. Id. at 2-3, ECF No. 9. Further supporting the need for a continuance in this case is the fact that the parties failed to follow court rules by filing a joint

1

statement as required by Local Rule 251(c). The parties are clearly in communication, and the undersigned does not view this as a case in which the joint statement exceptions of LR 251(e) are applicable.

In accordance with the forgoing, plaintiff's request for a continuance (ECF No. 10) of defendants' motion to compel (ECF No. 8) is GRANTED. The hearing currently set for January 23, 2019 is VACATED and RE-SET for February 13, 2019 at 10:00 AM in Courtroom 26 (AC). The parties are ORDERED to file a joint statement in accordance with LR 251(c) and the undersigned's standing orders, available on the court's website, no later than February 6, 2019. Briefing other than the joint statement and attached exhibits will not be considered.

IT IS SO ORDERED.

DATED: January 16, 2019

_allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE