SEYFARTH SHAW LLP
Mark P. Grajski (SBN 178050)
mgrajski@seyfarth.com
Lindsay S. Fitch (SBN 238227)
lfitch@seyfarth.com
Tiffany T. Tran (SBN 294213)
ttran@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone:    (916) 448-0159
Facsimile:    (916) 558-4839

Attorneys for Defendants
ATRIA MANAGEMENT COMPANY LLC; and
ATRIA SENIOR LIVING, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA.

| | |
|---|---|
| MICHELLE HUNTER,<br><br>             Plaintiff,<br><br>    v.<br><br>ATRIA MANAGEMENT COMPANY LLC; ATRIA SENIOR LIVING, INC.; ATRIA CARMICHAEL OAKS; and DOES 1 through 100, inclusive,<br><br>             Defendants. | Case No. 2:18-cv-01728-TLN-AC<br><br>**STIPULATION TO CONTINUE DISCOVERY CUT-OFF AND RELATED PRE-TRIAL DEADLINES;  ORDER**<br><br>Complaint Filed:  January 25, 2018 |

1 | Plaintiff Michelle Hunter ("Plaintiff") and Defendants Atria Management Company, LLC and Atria Senior Living, Inc. ("Defendants"), through their attorneys of record, (collectively the "Parties"), hereby submit the following Stipulation To Continue Discovery Cut-Off and Related Pre-trial Deadlines and [Proposed] Order as follows:

**STIPULATION**

WHEREAS, the fact discovery cut-off in this matter is currently April 4, 2019;

WHEREAS, no trial date is currently set for this matter;

WHEREAS, the Parties have engaged in discussions to potentially resolve this matter and have recently agreed to mediation;

WHEREAS, the Parties are currently determining availability of agreed-upon mediators;

WHEREAS, potential mediators do not have availability until May 2019 and the Parties await the availability of other potential mediators;

WHEREAS, the Parties had agreed to deposition dates for previously noticed depositions of Plaintiff, Brian Newman, and Mike Mejia;

WHEREAS, the Parties agreed to stay the depositions of Plaintiff, Brian Newman, and Mike Mejia until after mediation is held;

WHEREAS, the Parties have met and conferred and agreed to extend the discovery cut-off and related pre-trial deadlines by four months to allow the parties to participate in mediation and conduct the depositions of Plaintiff, Brian Newman, and Mike Mejia should mediation be unsuccessful;

WHEREAS, no party or witness will be prejudiced as a result of the requested continuance;

WHEREAS, for the reasons outlined above, good cause exists and it is in the interest of fairness and justice to continue the discovery cut-off, and related pre-trial deadlines, by four months;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties hereto, through their respective attorneys of record, as follows: Pursuant to Federal Rules of Civil Procedure, including Rule 16(b)(4), subject to the Court's approval, the parties agree to continue the fact discovery cut-off, and related pre-trial deadlines, by four months to allow the Parties sufficient time to participate in mediation and conduct the depositions of Plaintiff, Brian Newman, and Mike Mejia.

///

1 **IT IS SO STIPULATED.**

2

3 DATED: March 13, 2019                    Respectfully submitted,

4                                          SEYFARTH SHAW LLP

5                                          By: /s/ *Tiffany T. Tran*
                                               Mark P. Grajski
6                                              Lindsay S. Fitch
                                               Tiffany T. Tran
7
                                           Attorneys for Defendants
8                                          ATRIA MANAGEMENT COMPANY LLC;
                                           ATRIA SENIOR LIVING, INC.
9

10

11 DATED: March 13, 2019                   LAW OFFICES OF KEVIN C. BOYLE

12
                                           By: /s/ *Kevin C. Boyle (As Authorized on 3/13/19)*
13                                             Kevin C. Boyle

14                                         Attorney for Plaintiff
                                           MICHELLE HUNTER

# ORDER

**PURSUANT TO STIPULATION, IT IS ORDERED THAT:**

For good cause appearing, the Court hereby approves the Stipulation and orders as follows:

The fact discovery cut-off, and related pre-trial deadlines, in the above-captioned matter are hereby continued for a period of four months, to allow the Parties sufficient to participate in mediation and conduct the depositions of Plaintiff, Brian Newman, and Mike Mejia.

Dated: March 18, 2019

Troy L. Nunley
United States District Judge