| | |
|---|---|
| 1 | SEYFARTH SHAW LLP |
| | Mark P. Grajski (SBN 178050) |
| 2 | mgrajski@seyfarth.com |
| | Lindsay S. Fitch (SBN 238227) |
| 3 | lfitch@seyfarth.com |
| | Tiffany T. Tran (SBN 294213) |
| 4 | ttran@seyfarth.com |
| | 400 Capitol Mall, Suite 2350 |
| 5 | Sacramento, California 95814-4428 |
| | Telephone: (916) 448-0159 |
| 6 | Facsimile: (916) 558-4839 |
| 7 | Attorneys for Defendants |
| | ATRIA MANAGEMENT COMPANY LLC; and |
| 8 | ATRIA SENIOR LIVING, INC. |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA.

| | |
|---|---|
| MICHELLE HUNTER, | Case No. 2:18-cv-01728-TLN-AC |
| Plaintiff, | **STIPULATION TO CONTINUE HEARING DATE ON DEFENDANTS' MOTION TO COMPEL FURTHER RESPONSES TO DISCOVERY; [PROPOSED] ORDER** |
| v. | |
| ATRIA MANAGEMENT COMPANY LLC; ATRIA SENIOR LIVING, INC.; ATRIA CARMICHAEL OAKS; and DOES 1 through 100, inclusive, | |
| | Complaint Filed: January 25, 2018 |
| Defendants. | |

|   |   |
|---|---|
| 1 | Plaintiff Michelle Hunter ("Plaintiff") and Defendants Atria Management Company, LLC and |
| 2 | Atria Senior Living, Inc. ("Defendants"), through their attorneys of record, (collectively the "Parties"), |
| 3 | hereby submit the following Joint Stipulation and [Proposed] Order to continue the hearing on |
| 4 | Defendant's Motion to Compel Further Responses to Request for Production and Interrogatories and |
| 5 | Documents and for Sanctions in the above-captioned action as follows: |

## STIPULATION

WHEREAS, the hearing on Defendants' Motion to Compel Further Responses to Request for Production and Interrogatories and Documents and for Sanctions ("Motion") is currently scheduled for March 20, 2019, at 10:00 a.m. in Courtroom 26 of the above-captioned Court;

WHEREAS, the Parties have engaged in discussions to potentially resolve this matter and have recently agreed to mediation;

WHEREAS, the Parties are currently determining availability of agreed-upon mediators;

WHEREAS, potential mediators do not have availability until May 2019 and the Parties await the availability of other potential mediators;

WHEREAS, the Parties have agreed to continue this discovery dispute until after mediation is conducted to preserve time and resources of the Parties and Court in the event the Parties are able to resolve the matter;

WHEREAS, today is the deadline to stipulate to continue the hearing on Defendants' motion;

WHEREAS, the Parties are still awaiting availability on potential mediators so the earliest possible mediation dates currently known to the parties are in May 2019;

WHEREAS, the Parties are concurrently filing a stipulation to continue the April 4, 2019 discovery cut-off and related deadlines to allow the Parties sufficient time to participate in mediation and conduct the depositions of Plaintiff, Brian Newman, and Mike Mejia;

WHEREAS, the Parties agree to continue the hearing on Defendants' Motion to an available hearing date in June 2019;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties hereto, through their respective attorneys of record, that the hearing on Defendants' Motion to Compel Further Responses to Request for Production and Interrogatories and Documents and for Sanctions be

1

| | |
|---|---|
| 1 | continued from March 20, 2019 to an available hearing date in June 2019 in Courtroom 26 of the |
| 2 | above-captioned Court. |

**IT IS SO STIPULATED.**

| DATED: March 13, 2019 | Respectfully submitted, |
|---|---|
| | SEYFARTH SHAW LLP |
| | By: /s/ *Tiffany T. Tran* |
| |     Mark P. Grajski |
| |     Lindsay S. Fitch |
| |     Tiffany T. Tran |
| | Attorneys for Defendants |
| | ATRIA MANAGEMENT COMPANY LLC; |
| | ATRIA SENIOR LIVING, INC. |

| DATED: March 13, 2019 | LAW OFFICES OF KEVIN C. BOYLE |
|---|---|
| | By: /s/ *Kevin C. Boyle (As Authorized on 3/13/19)* |
| |     Kevin C. Boyle |
| | Attorney for Plaintiff |
| | MICHELLE HUNTER |

# [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS ORDERED THAT:**

Defendants' Motion to Compel Further Responses to Request for Production and Interrogatories and Documents and for Sanctions be continued from March 20, 2019 to JUNE 12, 2019 at 10:00 AM in Courtroom 26 of the Court.

DATED: March 18, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

3

STIPULATION TO CONTINUE HEARING DATE AND [PROPOSED] ORDER
CASE NO. 2:18-CV-01728-TLN-AC