SEYFARTH SHAW LLP
Mark P. Grajski (SBN 178050)
mgrajski@seyfarth.com
Lindsay S. Fitch (SBN 238227)
lfitch@seyfarth.com
Tiffany T. Tran (SBN 294213)
ttran@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

Attorneys for Defendants
ATRIA MANAGEMENT COMPANY LLC; and
ATRIA SENIOR LIVING, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA.

| MICHELLE HUNTER, | Case No. 2:18-cv-01728-TLN-AC |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE HEARING DATE ON DEFENDANTS' MOTION TO COMPEL FURTHER RESPONSES TO DISCOVERY; [PROPOSED] ORDER** |
| v. | |
| ATRIA MANAGEMENT COMPANY LLC; ATRIA SENIOR LIVING, INC.; ATRIA CARMICHAEL OAKS; and DOES 1 through 100, inclusive, | Complaint Filed: January 25, 2018 |
| Defendants. | |

Plaintiff Michelle Hunter ("Plaintiff") and Defendants Atria Management Company, LLC and Atria Senior Living, Inc. ("Defendants"), through their attorneys of record, (collectively the "Parties"), hereby submit the following Joint Stipulation and [Proposed] Order to continue the hearing on Defendant's Motion to Compel Further Responses to Request for Production and Interrogatories and Documents and for Sanctions in the above-captioned action as follows:

**STIPULATION**

WHEREAS, the hearing on Defendants' Motion to Compel Further Responses to Request for Production and Interrogatories and Documents and for Sanctions ("Motion") was scheduled for June 12

2019, at 10:00 a.m. in Courtroom 26 of the above-captioned Court;

WHEREAS, the Parties are scheduled for mediation before Cynthia Remmer on July 9, 2019;

WHEREAS, the Parties have agreed to continue this discovery dispute until after mediation is conducted to preserve time and resources of the Parties and Court in the event the Parties are able to resolve the matter;

WHEREAS, the Parties agreed to continue the hearing on Defendants' Motion to July 24, 2019 and filed a stipulation to this effect on July 5, 2019;

WHEREAS, the Court informed the Parties that it is not available on July 24, 2019;

WHEREAS, the Parties agree to continue the hearing on Defendants' Motion to July 31, 2019;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties hereto, through their respective attorneys of record, that the hearing on Defendants' Motion to Compel Further Responses to Request for Production and Interrogatories and Documents and for Sanctions be continued to July 31, 2019 in Courtroom 26 of the above-captioned Court.

**IT IS SO STIPULATED.**

DATED: June 13, 2019

Respectfully submitted,

SEYFARTH SHAW LLP

By: /s/ *Tiffany T. Tran*
    Mark P. Grajski
    Lindsay S. Fitch
    Tiffany T. Tran

Attorneys for Defendants
ATRIA MANAGEMENT COMPANY LLC;
ATRIA SENIOR LIVING, INC.

DATED: June 13, 2019

LAW OFFICES OF KEVIN C. BOYLE

By: /s/ *Kevin C. Boyle (As Authorized on 6/13/19)*
    Kevin C. Boyle

Attorney for Plaintiff
MICHELLE HUNTER

# [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS ORDERED THAT:**

Defendants' Motion to Compel Further Responses to Request for Production and Interrogatories and Documents and for Sanctions be continued to July 31, 2019 in Courtroom 26 of the Court.

DATED: June 13, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE